JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALTAMIRANO,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTRYWIDE HOME LOANS, et al.,<br><br>    Defendants. | Case No.:  CV 08-8429 DSF (FFMx)<br><br>DISMISSAL JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED:    June 19, 2009

_____
DALE S. FISCHER
United States District Judge